UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA TRANSPORTATION )
MUSEUM, INC., )
　　　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　)
vs. ) CASE NO.: 1:17-cv-00287
　　　　　　　　　　　　　　　　　　　　　　)
HOOSIER HERITAGE PORT )
AUTHORITY, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　Defendant. )

## VERIFIED COMPLAINT OF TEMPORARY RESTRAINING ORDER

COMES NOW, Plaintiff, Indiana Transportation Museum, Inc., by counsel, Samuel L. Bolinger, and files its Verified Complaint of Temporary Restraining Order against Defendants, Hoosier Heritage Port Authority, and alleges as follows:

### A.  PARTIES

1. Indiana Transportation Museum, Inc., is a Indiana corporation located in Noblesville and owns and operates a voluntary rail system, including engines, passenger cars and alike, on excursions on the rail line owed by Defendant Hoosier Heritage Port Authority.  ITM is a non-profit enterprise, and receives no governmental monies to operate.

2. Indiana Transportation Museum, Inc., (hereinafter as "ITM") is regulated by the Federal railroad Administration and is subject to all of the Federal statutes, CFRs and regulations, and Indiana Department of Transportation, (hereinafter "INDOT").

3. December, Hoosier Heritage Port Authority, (hereinafter as "HHTPA"), is an

governmental entity located at Noblesville, Indiana, and is the owner of the railroad tracks from 10th Street, Downtown Indianapolis, Indiana to Tipton, Indiana. HHPA also selects and authorizes what enterprises can operate on its railroad line. It sets all the terms and conditions for the operation of the line and operator and from 1996 to 2006 had a contract with ITM for use and operation of the railroad line.

4. HHPA board consists of six (6) members from the Mayors office of Fishers, Indiana and Noblesville, Indiana. There are three (3) members of each City and an Executive Direct.

5. HHPA is responsible for overseeing operations of the railroad and issuing license to utilize crossing and occupying the row agreement.

6. HHPA conducts regular business meetings once a month and is subject to the Indiana Open Meetings Act and the Indiana Access to the Public Records Act, pursuant to Indiana Code.

## B. JURISDICTION

7. This court has jurisdiction over this case, pursuant to the 14th Amendment to the United States Constitution, 42 U.S.C. 1983; 49 U.S.C. 103; 49 C.F.R. 1.89.

## C. VENUE

8. Venue in said case is appropriate in that all the parties are located in Hamilton County, Indiana.

## D. FACTS

9. ITM had a written contract with HHTPA from 1996 to 2006 which expired. Under that contract ITM was authorized to operate excursions from Tipton, Indiana to Union Station, in Indianapolis, Indiana. ITM operated numerous excursions since 1996 to August, 2016, when HHPA informed ITM Operations were unsafe that in spite of the April, 2016

inspection by the Federal Railroad Administration (hereinafter "FRA") sited sighting "No violations" with regard to safety.

10. The line runs from 10th Street, in Indianapolis, Indiana to Tipton, Indiana. It was the former Nickel Plate Railroad Line and is approximately 37.5 miles. The line connects to the State of Indiana State Fair grounds, Coner Prairie, Historic Noblesville, Richie Woods, Nature Park and other significant attractions. The line since 1994 has been used primarily too operate historic and recreational trains.

11. The FRA regulates the safety and use of the line nationally. This includes signals, corridor crossings, railroad beds and tie construction, health of the train operators, equipment safety and standards. FRA operates pursuant to 49 C.F.R.

12. ITM's is not directly subject to FRA jurisdiction, however, choose to have their approval after inspection of equipment, the line and operators to conduct business.

13. ITM is also subject to INDOT statutes, rules and regulations.

14. Over the last twenty-one years, ITM has been authorized to operate its excursions after undergoing inspections and approvals by FRA and INDOT. More specifically, ITM operates the Fair Train during the Indiana State Fair, in August, and the Polar Express during the Christmas Holiday, in late November and December, as well as historic, educational and entertainment excursions.

15. HHPA and ITM's original Agreement is attached and incorporated hereinafter and made a part hereof and marked at Exhibit A.

16. Under the Agreement, the paragraph that stated that ITM may renew the Agreement for one (1) year additional ten (10) year term with HHTPA agreement was crossed out by the original signatures.

17. In 2016, the FRA inspected the ITM and passed, which a copy of that inspection is attached and incorporated hereinafter and made a part hereof and marked as Exhibit B.

18. ITM is a non-profit and its operations are conducted by qualified volunteers. ITM is not connected to the general railroad population on either end.

19. Generally, ITM operates in March to January for the tourist season. Excursions are on the weekends, but special tours may be scheduled during the week for school trips, etc.

20. ITM's operations contributes to the local Economic Development of the counties it operates through. See ITM's Economic Impact Study which is attached and incorporated hereinafter and made a part hereof and marked as Exhibit C.

21. All of ITM's equipment is currently housed at Forest Park in Noblesville and cannot be operated because HHPA placed a device on the railroad tracks which prohibits ITM from operating its equipment on the HHPA Railroad. ITM has been prohibited from moving assets along the line from multiple storage locations.

22. HHTPA was established by Ordinance Number 090794B, which a copy is attached and incorporated hereinafter and made a part hereof and marked as Exhibit D, and other ordinances, resolutions and quite claim deeds as set forth in HHPA Row Acquisition Time line, which a copy is attached and incorporated hereinafter and made a part hereof and marked as Exhibit E.

23. In June, 2016, HHPA requested certain requirements and conditions from ITM. HHPA issued requirements under conditional policy of use, (hereinafter "CPOU").

24. ITM has successfully complied and/or supplied with each and every requirement under the CPOU except for the 8 items of medical physical/health requirements for the ITM crew certifications.

25. On October 26, 2016 HHPA issued a letter indicating ITM had not complied, which a copy is attached and incorporated hereinafter and made a part hereof and marked as Exhibit F.

26. In August, 2016, just three days before the commencement of the Indiana State Fair, ITM was prohibited from operating it's State Fair Train even though the FRA and INDOT had approved the operation of the equipment, crew and railroad line. Said prohibition was pursuant to HHTPA action. As a result, ITM lost approximately $150,000.00 for not operating the State Fair Train.

27. HHPA then issued a Request for Proposals (hereinafter "RFP") for a new operator for its railroad line.

28. Additionally, in November/December, 2016, HHPA prohibited ITM from operation of the Polar Bear Express train, resulting in another $350,000.00 in missed revenue.

29. ITM is currently prohibited from operating the State Fair Train in August, 2017 or any other excursion by HHPA.

30. ITM responded to HHPA concerns on April 24, 2017 by way of correspondence and indicated HHTPA's RFP did not address or score critical attributes of any FRA for operating railroad, , which a copy is attached and incorporated hereinafter and made a part hereof and marked as Exhibit G

31. ITM has proven experience, available equipment ( 22 pieces of rolling stock) an established relationship with the FRA and a verifiable safety record.

32. HHPA's RFP scoring criteria are highly subjective and biased against any local or established operator, such as ITM. HHPA announced on public television that it had selected as the new operator on May 26, 2017.

33. ITM even suggested modification to the RFP by placing in empirical categories for scoring, in it's correspondence dated April 24, 2017, which a copy, which a copy is attached and incorporated hereinafter and made a part hereof and marked as Exhibit H.

34. ITM has in the past, as well as the current, had Established Operating Liability Insurance limits and a history of projected number of passenger miles per year and financial reports what have been reviewed and approved by experienced persons/firms in analysis of that date.

35. More importantly, ITM can provide a number of days from award to commitment of initial operation as it is ready to operate the State Fair Train by August 4, 2017 and other excursions.

36. Further, ITM suggested a anticipated amount of great investment or tax dollars needed to prepare and/or implement the proposal with a zero. Thus, under the ITM modified RFP critical and its own prior track record, it has done so.

37. In 1996, HHPA authorized ITM to operate until August 1, 2006. On April 24, 2017, (Ex. G), ITM responded to HHTPA's presentation to the Hamilton County Commissioners meeting of April 10, 2017, which a copy of those minutes and ITM's written response are attached and incorporated hereinafter and made a part hereof and marked as Exhibit I. The letter specks for it's self.

### E. REQUEST FOR PRELIMINARY INJUNCTIONS

Plaintiff, ITM will suffer irreparable injury if Defendants are not enjoined while this suit is pending and ITM exercise the ITM Fairtrain from August 4, 2017 through August 20, 2017, as well as other excursions permit usage of the railroad tracks located at MP 5.1 through MP 391.

1. To operating August 4, 2017 to August 20, 2017, and other excursions be selected as

operator and prevent the HHPA from removing the railroad.

2. To ITM to operate the ITM's Polar Bear Express excursions in November, 2017 through December 24, 2017.

3. To prevent the Defendants from prohibiting, limiting and/or restricting Plaintiff, ITM from operating the Fairtrain and Polar Bear Express and other historical, educational and entertainment proposals, and line including any and/or rail trips and maintenance, repair and upkeep fo the rail line as well as selecting an operator and removal of the rails.

### F. NO ADEQUATE REMEDY AT LAW

The injury is imminent and irreparable in that ITM operates two (2) major excursions on the rail line between August through September and November through December each year. Those excursions generate ITM in excess of $600,000 per year (approximately 90 % of its annual operating budget in 2015.

ITM is not permitted to operate the Fairtrain and Polar Bear Express on the line to generate business, ITM will be irreparable harmed as ITM has no other excursions on the line throughout the remainder of the year 2017 and into the future, ultimately resulting in its demise.

### G. SUBSTANTIAL LIKELIHOOD OF SUCCESS

There is no adequate remedy at law for several reasons those being:

1. That a legal remedy is merely illusory; and

2. That a legal remedy cannot be obtained without filing multiple lawsuits.

Additionally, there is a substantial likelihood that ITM will prevail on the merits because it shall present overwhelming evidence of financial loss, if not permitted to operate the Fairtrain and Polar Bear Express and other historical, educational and entertainment excursions and that the line is safe, well maintained and does not possess environmental issues per Indiana

Department of Environmental Management and that all permits and regulations by the Federal Railroad Administration that administers ITM are in order to operate the ITM rolling stock for these excursions.

The harm faced by ITM outweighs the harm that would be sustained by the Defendants if the TRO preliminary injunctions are granted.

### H.   THE COURTS BALANCE OF HARDSHIPS

Balance of the hardships of the parties results in:

1. Defendants will not have any financial, lost profits, lost earing capacity loss any monies.
2. ITM will lose at least approximately another $600,000 being able to operate the Fairtrain and Polar Bear Express and not conduct.
3. ITM, if still requited to repair, maintain the line at a cost of approximately $8,000.00 mile per year.
4. Pay insurance for coverage of the line at a cost of approximately $41,000.00 per year.
5. ITM is required to repair and maintain the line by supplying staff to service the line to meet all safety and environmental standards requited to operate the rolling stock by the Federal Rail Administration for all its excursions.

### I.   NOT ADVERSELY AFFECT THE PUBLIC INTEREST

Issuance of a temporary restraining order and preliminary injunction would not adversely effect the public interest, in that Defendants' goal to convert the line into a public path that has yet to be, finalized and financed and approved as to the removal of the railroad. There is no cost to the public except the loss of historic, educational and entertainment excursions.

### J.   POSTING OF A BOND

ITM is willing to post a bond in the amount the court deems appropriate and continue

said bond set by the court for the temporary restraining order, and preliminary injunction, pursuant to F.R.C.P. 65(d)(2) and 65( c ), but respectfully move the court not to require a bond/security by ITM.

## L. PRELIMINARY INJUNCTION HEARING

ITM moves the court to set its application for a temporary restraining order and after the hearing to request to issue a preliminary injunction against Defendant.

## PRAYER FOR RELIEF

For the reasons, set forth, Plaintiff, ITM asks that this court doe the following:

a. Operate the Fairtrain and Polar Bear Express for 2017 and any historical, educational and entertainment excursions;

b. Not impair, prohibit, restraining or limit the use of the rail line

c. Award the railroad to Plaintiff;

d. Grant any other relief it deems appropriate.

I, the undersigned, John McNichols, Chairman/President, of Indiana Transportation Museum, Inc., do hereby swear and affirm under the pains and penalties of perjury that the above is true and accurate.

Date: 7/9/17

John McNichols, Chairman/President

Respectfully submitted,

/s/ Samuel L. Bolinger
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax:   260.407.0039
Email:  mark@slbolingerlaw.com